THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES L. BAUSHER, JR., et al., as Executors of CHARLES L. BAUSHER, Deceased, Respondents, v. THOMAS M. LYNCH et al., Constituting the State Tax Commission of the State of New York, Appellants.

(Argued October 21, 1931; decided November 17, 1931.).

*John J. Bennett, Jr., Attorney-General (F. R. Chant* and *C. T. Dawes* of counsel), for appellants.

*Almet R. Latson, Jr., Almet Reed Latson* and *William T. Condon* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.